FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2022

No. 04-22-00621-CV

Donald **LEMPAR**,
Appellant

v.

Patrick **BALLANTYNE**, Cynthia Orr, Goldstein & Orr, PLLC,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CI05174
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

On October 11, 2022, we ordered appellant, Donald Lempar, to provide a reasonable explanation for filing a late notice of appeal. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Appellant timely responded to our order, stating that the error was due to technical problems with the Texas electronic filing system. The explanation is reasonable. *See Garcia v. Kastner Farms, Inc.*, 774 S.W.2d 668, 670 (Tex. 1989) ("[A]ny plausible statement of circumstances indicating that failure to file . . . was not deliberate or intentional, but was the result of inadvertence, mistake, or mischance, [would] be accepted as a reasonable explanation."); *see also Dimotsis v. State Farm Lloyds*, 966 S.W.2d 657, 657 (Tex. App.—San Antonio 1998, no pet.).

We, therefore, grant appellant's motion for extension of time to file the notice of appeal. Appellant's brief is due on or before **October 31, 2022**.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court